IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANT FOR PHILIP ANDREW TURNER | *FILED UNDER SEAL* | ✓ FILED ___ ENTERED<br>___ LOGGED ___ RECEIVED<br>2:17 pm, Nov 06 2025<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY ___KMT___ Deputy |
| | Misc. No. 1:25-mj-02898-DRM | |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jacob A. Marquis, a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **PHILIP ANDREW TURNER** ("**TURNER**") with 18 U.S.C. § 2251 (Production of Child Pornography), 18 U.S.C. § 2252A(a)(2) (Receipt of Child Pornography), and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography) (collectively the "**TARGET OFFENSES**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **TURNER** has committed the **TARGET OFFENSES**

### AFFIANT BACKGROUND

2. I am a Criminal Investigator and Law Enforcement Officer of the United States who is empowered by federal law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, and 21, United States Code (U.S.C.). I am a Special Agent with United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Resident Agent-in-Charge located in Frederick, Maryland. I have

1

been a Special Agent (SA) for HSI since December 2020. During this time frame, I have conducted human trafficking, narcotics trafficking, weapons trafficking, money laundering, and cybercrime and child exploitation related investigations.

3.   As part of the daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, U.S.C. §§ 2251, 2252 and 2252A. I have gained experience through training in classes and daily work related to conducting these types of investigations. I have participated in the execution of numerous search warrants, of which the majority has involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. In the course of my employment with HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

4.   As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have set forth only the facts that I believe are necessary to establish probable cause for the warrant sought herein. The information contained in this affidavit is based upon my personal knowledge, my review of documents, my review of evidence, my observations during the execution of the related search warrant, and my conversations with other law enforcement officers and other individuals.

**PROBABLE CAUSE**

5. This document is set forth based on information gleaned from a federal investigation involving the sexual trafficking and exploitation of children in the Philippines, Colombia, and various parts of the globe, including the "for hire" sexual exploitation of children over live streaming video call applications. Background information associated with this investigation is a collective of efforts associated with Homeland Security Investigations ("HSI") Tucson (Arizona), HSI Frederick (Maryland), and The Maryland State Police ("MSP").

6. In the incipient phase of this investigation, Special Agents (SA) of HSI Tucson identified an individual operating a child-sex-trafficking network from the Philippines. SA's discovered the individual had access to minors and was responsible for the sexual abuse and exploitation of said minors, also allowing individuals to purchase access to livestream footage of the abuse/exploitation via online platforms in exchange for money. These monetary transactions were often completed via various exchange services such as Western Union, World Remit, MoneyGram, PayPal, etc.

7. In April of 2025, as a result of federal search warrants pertaining to the online platform account associated with the identified trafficker above, one of the accounts communicating directly with the identified trafficker, was observed to be an online platform user later identified as Philip Turner (TURNER). HSI Tucson provided this information to your Affiant, with the belief that TURNER was currently residing in the state of Maryland.

8. SA Marquis reviewed the materials provided by HSI Tucson and observed the communications between TURNER and the identified trafficker to be consistent with purchase of live-streaming video depictions of minors engaged in sexually explicit conduct. More specifically, SA Marquis indicates based on records provided by the online platform, between April 21, 2017, and April 27, 2023, TURNER exchanged 4,400 messages, approximately 110 calls, and approximately 40 media files with the identified trafficker. The images exchanged appear to be

3

1:25-mj-02898-DRM

images of "pre-teen" Asian females between the ages of 10-12 years old that were being offered for live child sex abuse shows.

9.  On 11/20/2017, TURNER engaged in a conversation with the identified trafficker that clearly indicates the negotiation of price, $40.00 each to engage with two victims ($80.00 total), to be paid through World Remit, and that one of the victims is a 12 year old (6th grade) student, who is the daughter of a friend to the identified trafficker. According to the documentation, after providing account information and confirming the exchange of funds, a live video call is initiated at 09:40 the same day between TURNER and the identified trafficker. Though the video associated with this call is neither recorded nor provided by the online platform, the documented conversation between TURNER and the identified trafficker ("trafficker" in the below excerpt) indicates TURNER is actively directing the two juvenile females to engage in sexual conduct at his discretion. The following is an excerpt from that conversation:

*TURNER: "hi" "what's your name?"*
*Trafficker: "hello" "hear us?"*
*TURNER: "I can hear you" "hi Cristine" "and your friend?"*
*Trafficker: "jopay" "ready"*
*TURNER: "yes" "Christine, take off jopay's shirt"*
*Trafficker: "mmm"*
*TURNER: "now her shorts" "now her panties" "and her bra"*
*Trafficker: "mmmmm"*
*TURNER: "jopay, take of Christine's clothes."*
*Trafficker: "then?"*
*TURNER: "keep going" "jopay, lick Christine's nipples"*
*Trafficker: "mmmmmmmmm" "yummy [emoji of face with tongue sticking out]"*
*TURNER: "Christine, finger jopay's pussy"*
*Trafficker: "m"*
*TURNER: "lick jopay's pussy"*
*Trafficker: "mmmmmmmmmm" "mmm" "yummy bb"*
*TURNER: "Christine, can you pee on jopay?"*
*Trafficker: "ok" "see"*
*TURNER: "[to Jopay] pee on Christine."*
*Trafficker: "ok bb"*
*TURNER: "pee on her tits"*

10. This live stream continues for nearly 21 minutes and includes additional direction from TURNER requesting additional forms of sexual conduct from the juvenile females present on screen.

11. Further review of the records indicated between April 21, 2017, and April 27, 2023, TURNER engaged in a total of 17 additional live streaming sexual abuse shows with the above trafficker providing virtual access to minors in exchange for money. Based on documented records, TURNER directs juvenile victims to engage in sexual conduct through conversation with the identified trafficker's account, similar to the conversation above.

12. In October of 2024, through the transmission of legal process served upon World Remit Corporation, Federal Agents were provided with the following information pertaining to identifiers associated with TURNER

> Name: Philip Turner ("TURNER")
> Birthdate: January 8, 1979
> Phone Number: 4102927340
> Email: philbertun@gmail.com
> Address: 309 Hawthorne Road, Linthicum Heights, Maryland 21090

13. Based on returns from World Remit Corp, pursuant to legal process, between March 2, 2017, and November 3, 2023, accounts associated with TURNER were responsible for 154 successful payments to user accounts in the Philippines and Columbia totaling $12,462.57. Additional cancelled payments were also identified, totaling $980.00. Based on review of TURNER's conversations, and training, knowledge, and experience of the Federal Agents involved in the investigation, the individual transaction amounts are synonymous with payments for live-stream child sexual abuse material.

14. In late May 2025, a federal search warrant was served upon the online platform requiring the production of stored electronic content associated with the TURNER'S accounts. The online platform provided the responsive materials, which were reviewed by SA Marquis.

According to analysis of the data provided, an additional trafficker was identified, which show the exchange of 2,477 messages, approximately 35 calls, and the exchange of approximately 57 media files took place between this trafficker and TURNER between April 20, 2017 and May 13, 2025.

15.   In similar fashion to the excerpt above, on January 14, 2018, an additional conversation begins with the selection of two juvenile females for the purpose of conducting a live-stream child sex abuse show for the exchange of money. TURNER and the trafficker negotiate a price for the show depicting two juvenile females, discuss the payment method, confirm the transfer of funds, and then begin a live video call where TURNER is able to direct both juvenile victims to engage in sexual conduct. The following is an excerpt from the conversation between TURNER and the two juvenile victims operating the trafficker's online platform account captured via the live stream:

> Trafficker: "see now?"
> TURNER: "yes"
> Trafficker: "okie"
> TURNER: "hi"
> Trafficker: "hi hunny what ply do u like?"
> TURNER: "bianca, take off jelai's clothes" (Previously discussed between TURNER and the Trafficker during victim selection, Bianca is indicated to be 12 years old. Jelai's age is not indicated, however, based on the conversation, TURNER appears to be familiar with Jelai.)
> TURNER: "jelai, finger bianca's pussy" "kiss each other"
> Trafficker: "ok hun mmm"
> TURNER: "jelai, suck on bianca's nipples"
> Trafficker: "mmmmm"
> TURNER: "can you pee on each other?"
> Trafficker: "jail said she don't have a pee"
> TURNER: "and you? Can you pee?"
> Trafficker: "yes I'll try hun"
> TURNER: "ok"
> Trafficker: "where I pee?"
> TURNER: "face and tits"
> Trafficker: "u see hun?"
> TURNER: "very nice"
> Trafficker: "mmmmm yes" "what next ?"
> TURNER: "wait til she comes back…"
> Trafficker: "shes here"

> TURNER: *"jalai in doggy" "bianca finger her pussy" "can you 69"*
> Trafficker: *"ok hunny"*
> TURNER: *"rub each other's pussies"*
> Trafficker: *"ok"*
> TURNER: *"rub your clits. And tell me "I am a slut." "ty [thank you]"*

16. This live video call lasted approximately 21 minutes.

17. According to returns from World Remit Corporation obtained via subpoena, records under transaction number <u>20670799</u> indicate the transfer of $60.00 (USD) between the World Remit account linked to TURNER, and the account associated with the trafficker located in the Philippines. This transaction took place on the same date, and just prior to the live video call associated with the excerpt provided above from 01/14/2018. Additionally, 10 similar transactions between the two accounts were recorded by the World Remit Corporation totaling $810.

18. Based on review of the production provided by all entities, numerous financial transactions can be traced to the online platform conversations and corresponding dates of video calls made between TURNER and various individuals in the Philippines and Columbia associated with the sexual trafficking and exploitation of minors.

19. In addition, IP logging information provided in response to subpoenas submitted by your Affiant, indicated the use of IP address 173.59.250.97, for the purpose of completing transactions associated with the aforementioned live stream connections via the online platform. Based on open-source queries, the IP address belongs to Verizon Fios and geo-locates to the Linthicum Heights area of Anne Arundel County, Maryland. In response to a subpoena, Verizon provided the following information associated with the use of this IP address on 04/29/2024, as captured during a transaction managed by Moneygram, utilizing an account associated with identifiers linked to TURNER'S online platform account:

> IP Address: 173.59.250.97
> Start Time: 2024-04-29
> Stop Time: Still Assigned on date of subpoena 5/21/2025 12:57 PM EST

>Vision Customer ID: 756482573
>Vision Account ID: 0001
>Customer Name: Philip A. Turner
>Account Address: 309 Hawthorne Rd, Linthicum Heights, MD 21090
>Daytime Telephone: 4102927340
>UserID: vzrp0ckv3r9y
>UserName: Phil@charmcitytrivia.com

20. During a review of the materials provided by the online platform provider from the earlier federal search warrant, your Affiant, observed several images depicting child pornography, that were exchanged during conversation with various users. The following images, contained within the stored electronic content associated with TURNER's account, were observed to depict child pornography, as the term is defined under Federal law:

**Image 1**
File Name: 0-sa-d4-53a93135a9c84fdb501569a48f5aedb4_fullsize_anim.jpg
Description: This is a color image file (.jpg) depicting two nude juvenile females visible from the waist up. One of the juvenile females is licking the nipple of the other. The youngest of the two juvenile females has small, underdeveloped breasts, is slender through the hips, and based on overall development is reasonably believed to be between 10-13 years old. The juveniles appear to be Filipino.

**Image 2**
File Name: 0-sa-d4-e404dbf18ed15b8b4390b44d7f87fc6c_fullsize_anim.jpg
Description: This is a color image file (.jpg) depicting two completely nude juvenile females. Both females are visually similar to the juveniles described in Image 1. Both females are depicted from the rear, on their hands and knees, displaying their bare genitals and anus. The youngest female depicted is devoid of pubic hair, is underdeveloped through the hips, and is reasonably believed to be between the ages of 10-13 years old. The juveniles appear to be Filipino.

**Image 3**
File Name: 0-sa-d3-14ccbd1250e7189233ec62f22fdcc300_fullsize_anim.jpg
Description: This is a color image file (.jpg) depicting two completely nude juvenile females. Both females are visually similar to the juveniles depicted in Images 1-2. In this image, the younger female appears to be placing her mouth on the breast of the other juvenile female. The youngest female depicted has small, underdeveloped breasts, is narrow through the waist and hips, and is reasonably believed to be between the ages of 10-13 years old. The juveniles appear to be Filipino.

**Image 4**
File Name: 0-sa-d3-3e181ecb387ee28a0e201e66f41fca82_fullsize_anim.jpg
Description: This is a color image file (.jpg) depicting two completely nude juvenile females visible from the waist up. The females depicted in the image are visually similar to the juvenile

females described in Images 1-3. The focus of the image is on their exposed breasts and the proximity of both females. The youngest female appears to have small, underdeveloped breasts, is narrow through the waist and hips, and is reasonably believed to be between the ages of 10-13 years old. The juveniles appear to be Filipino.

**Image 5**
File Name: 0-sa-d1-abfec75d636481a856ec855fc0b37d8d_fullsize_anim.jpg
Description: This is a color image file (.jpg) depicting two females. The youngest female is wearing only a small bra, and is nude from the waist down, displaying her bare vagina. The second female appears to be older and has what appears to be feces on her left breast. The focus of the image is on the visible genitals of both females. The youngest female depicted has small breast buds visible through the small bra, is devoid of pubic hair, and is reasonably believed to be between the ages of 9-12 years old. The juveniles appear to be Filipino.

*** Investigator Note: The above listed images were sent to TURNER to select a potential victim to engage in sexual conduct via live stream video at the direction of TURNER. ***

21.    On October 28, 2025, HSI Frederick, along with Maryland State Police, Maryland Internet Crimes Against Children Task Force, executed lawful federal search warrants at TURNER'S residence located at 309 Hawthorne Road, Linthicum Heights, MD, as well on his registered vehicle, and his person. During the search of the residence, several items were seized from the residence. Of the items seized from the residence, investigators located and seized a silver HP laptop from TURNER'S bedroom which was located on the main level of the residence. The laptop was located on TURNER'S bed within the bedroom. On the back of the laptop the following identifiers were located:

    HP Laptop Model: 15-dy2091wm
    Product ID: 491D1UA#ABA
    Serial Number: 5CD136D517

22.    The items seized including the HP laptop mentioned above, were taken back to HSI Frederick, for further forensic examination.

23.    On the same date, TURNER, who was in the residence during the search warrant, was arrested based on a state felony arrest warrant charging TURNER with seven felony counts

related to the sexual solicitation of a minor and the production of child pornography, as well as five misdemeanor counts of possession of child pornography.

24. TURNER'S arrest warrant charged him with the following:

Five Counts of Possess Child Pornography (MD Law CR 11 208)
Four Counts of Sexual Solicitation of a Minor (MD Law CR 3 324)
Two Counts of Child Porn Permit Sex Subj (MD Law CR 11 207(a)(1))
One Count of Child Porn Computers (MD Law CR 11 207(a)(5))

25. On November 3, 2025, SA Marquis was able to review the forensic download of the above HP laptop mentioned above. The download provided user account information including emails and phone number, showing the owner of the laptop as TURNER.

26. The following images, contained within the stored electronic content associated with TURNER'S HP laptop, were observed to depict child pornography, as the term is defined under Federal law:

**Image 1**
File Name: 0483b271b8fc60b9.jpg
Description: This is a color image file (jpg) depicting a close-up image of a nude groin area showing the bare vagina and bottom. An adult sized hand is shown with the thumb and pointer finger being used to spread apart the skin around the vagina. The size of the vagina and bottom, in comparison to the hand, is very small and underdeveloped. Based on overall development it is reasonably believed to be that the image is of a toddler female between the ages of 1-3 years old.

*** Investigator Note: There are an additional 8 images all showing the adult hand spreading the skin apart exposing the toddler's bare vagina. ***

**Image 2**
File Name: 829ef2aa5a5dc15d.jpg
Description: This is a color image file (.jpg) depicting a close-up of a nude groin area showing the bare vagina. A partial side view of what appears to be an adult face is shown with their tongue sticking out of their mouth and inserted into the bare vagina. With the size of the adult face and tongue compared to the size of the bare vagina and bottom shown in the image, it is reasonably believed to be that the image is of a toddler female between the ages of 1-3 years old.

**Image 3**
File Name: fe48f4af30c1b585.jpg
Description: This is a color image file (.jpg) depicting a female toddler completely nude sitting on what appears to be a toilet training seat on top of a toilet. The image shows an adult-sized

hand, reaching towards the bare vagina.  The image also shows the female toddler's arm and hand resting on her leg opposite of the leg that the adult sized hand is on.  With the size of the adult hand in comparison to the bare vagina, leg, and hand of the female toddler, it is reasonably believed to be that the image is of a toddler female between the ages of 1-3 years old.

\*\*\* Investigator Note: There are an additional 9 images depicting the female toddler sitting on toilet training seat completely naked and exposing her bare vagina. \*\*\*

**Image 4**
File Name: fc806cd5c23a3528
Description: This is a color image file (.jpg) depicting a juvenile female completely nude while preforming oral sex on an adult male.  The juvenile female is sitting on the ground with her legs underneath of her and hands behind her resting on the ground, and her head tilted back, and resting on a red colored couch.  An adult male is kneeling on the couch facing the opposite direction of the juvenile female and has his penis inserted into the juvenile female's mouth.  The juvenile female is completely nude exposing her vagina and small breast buds. The juvenile female is also narrow through the waist and hips and based on the overall description listed above, it is reasonably believed to be that the image of the juvenile female, is between the ages of 9-11 years old.

27.     A full review of TURNER'S laptop and other devices are still in process, but as of this time, the HP laptop mentioned above contains a copious amount of child sexual abuse material (CSAM) and other sexually explicit images of minors.

## AUTHORIZATION REQUEST

28.     Based on the above information, I respectfully submit that there is probable cause to believe that **TURNER** has committed the **TARGET OFFENSES**.  Accordingly I request that a criminal complaint and an arrest warrant be issued.

*Jacob A. Marquis*
Jacob A. Marquis
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this __5th__ day of November 2025.

_____
THE HONORABLE DOUGLAS R. MILLER
UNITED STATES MAGISTRATE JUDGE