IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.  Case No. 25-MJ-2898-DRM

PHILIP ANDREW TURNER

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by  Gabriel Reyes (AFPD) , and the Government was represented by Assistant United States Attorney  Colleen McGuinn , it is

**ORDERED,** this 10th day of November 2025, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Erin Aslan
United States Magistrate Judge